CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Dan T. Danet
dan@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorneys for Defendants
Hudson Wines, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>HUDSON WINES, LLC, a California Limited Liability Company<br><br>    Defendant. | Case No.: 3:21-cv-09786-MMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 15, 2022

CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: June 15, 2022

THE KARLIN LAW FIRM LLP

By: /s/ Dan T. Danet

Dan T. Danet
Attorneys for Defendants
HUDSON WINES, LLC,
A California Limited Liability Company

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Dan T. Danet, counsel for Hudson Wines, LLC, A California Limited Liability Company, and that I have obtained Attorney Danet's authorization to affix their electronic signature to this document.

Dated: June 15, 2022                    CENTER FOR DISABILITY ACCESS

                                        By: /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff